# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL MOSES NELSON,** ) | **NO. SA CV 13-00565-VBF-MRW** |
| Petitioner, ) | |
| v. ) | RULE 58 FINAL JUDGMENT |
| RALPH M. DIAZ (WARDEN), ) | |
| Respondent. ) | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent and against the petitioner.

DATED:   June 20, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE